# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **OUMER SALIM,** *on behalf of himself and others similarly situated*, <br><br> **Plaintiff,** <br><br> v. <br><br> **JPAY, INC.,** <br><br> **Defendant.** | § § § § § § § § § § <br> Civil Action No.: 4:18-cv-00730-ALM-KPJ |

## SCHEDULING ORDER

On January 8, 2019, the Court held the parties' Scheduling Conference. *See* Dkt. 10. The parties agree that they have reached a preliminary settlement of the claims raised herein on a class-wide basis *See* Dkt. 8 at 4. At the Scheduling Conference, the parties requested the Court set a deadline for filing an agreed motion for preliminary approval of class action settlement. *See id*.

In light of the representations by the parties at the Scheduling Conference and the parties' Rule 26(f) Planning Report, the Court hereby enters this case-specific order which controls disposition of the preliminary approval of class action settlement:

| | |
|---|---|
| **February 15, 2019** | Deadline to file Agreed Motion for Preliminary Approval of Class Action Settlement. |
| **February 26, 2019** | 10:30 a.m. The Agreed Motion is set for hearing before the United States Magistrate Judge in Courtroom 108, 7940 Preston Road, Plano, Texas 75024. Lead counsel for each party, with authority to bind their respective clients, shall be present. |

**IT IS SO ORDERED**.

SIGNED this 11th day of January, 2019.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE