IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| OUMER SALIM, *on behalf of himself and others similarly situated* § § § | |
| Plaintiff, § | |
| vs. § | |
| § | Civil Action No: 4:18-cv-00730-ALM-KPJ |
| JPAY, INC., § § | |
| Defendant, § § | |

**PLAINTIFF'S NOTICE OF FILING OF STIUPLATION OF SETTLEMENT IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND INCORPORATED MEMORANDUM IN SUPPORT**

Plaintiff Oumer Salim ("Plaintiff") on behalf of himself and all others similarly situated, files this Notice of Filing of Stipulation of Settlement in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement and Incorporated Memorandum in Support, filed on February 14, 2019.

Dated: February 26, 2019

Respectfully submitted,

**STECKLER GRESHAM COCHRAN PLLC**

*/s/ Bruce W. Steckler*
Bruce W. Steckler
Texas Bar No. 00785039
Dean Gresham
Texas Bar No. 24027215
L. Kirstine Rogers
Texas Bar No. 24033009
12720 Hillcrest Road – Suite 1045
Dallas, TX  75230
Telephone:  972-387-4040
Facsimile:  972-387-4041

                    bruce@stecklerlaw.com
                    dean@stecklerlaw.com
                    krogers@stecklerlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 26, 2019, I filed the foregoing with the Court using the CM/ECF system, which electronically delivered a copy of the same to counsel of record.

                    */s/ Bruce W. Steckler*
                    Bruce W. Steckler