# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| OUMER SALIM, *on behalf of himself and others similarly situated,* | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No: 4:18-cv-00730 |
| JPAY, INC., | § § | |
| Defendant, | § § § | |

## ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

This matter came on for hearing on November 18, 2019 (the "Settlement Hearing") on Class Counsel's Motion for Final Approval of Settlement, Service Award Request, and Attorneys' Fees and Costs (the "Motion") (Dkt. #17). The Court has considered the Motion, Plaintiff's Supplemental Evidence in Support of the Motion (Dkt. #19), all matters submitted to it at the Settlement Hearing and otherwise. It further appears that notice of the Settlement Hearing substantially in the form approved by the Court was sent via electronic mail to all Settlement Class Members who Defendant JPay, Inc. for whom it had email addresses. Further having considered and determined the fairness and reasonableness of the award of the Class Representative Service Award, Attorneys' Fees and Costs requested, the Court **HEREBY ORDERS THAT**:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated April 20, 2018 (the "Stipulation"), and all capitalized terms not otherwise

defined herein shall have the same meanings as set forth in the Stipulation.

2. The Court has jurisdiction to enter this Order and over the subject matter of the Action and all parties to the Action, including all Settlement Class Members.

3. The Court finds that Defendant JPay carried out the Notice Program set forth in the Stipulation in conformance with the Court' Order (Dkt. #16) dated April 16, 2019 (the "Preliminary Approval Order"). The Notice Program notified Settlement Class of Defendant JPay, Inc.'s agreement in the Stipulation to pay Class Counsel, upon Court approval, $223,000.00 in costs and attorneys' fees for the work Class Counsel performed in the Action and to reimburse Class Counsel for the costs spent through the date of the Preliminary Approval Order. The Notice Program also notified Settlement Class of Defendant JPay, Inc.'s agreement in the Stipulation to pay Plaintiff and Class Representative Oumer Salim an enhancement payment of $2,000 subject to the approval by the Court (the "Class Representative Service Award").

4. Class Counsel is hereby awarded attorneys' fees and costs in the amount of $223,000.00, which sum the Court finds to be fair and reasonable in light of the supplemental evidence Class Counsel submitted on October 24, 2019 (Dkt. #20) and any further argument and evidence presented at the Settlement Hearing.

5. In making this award of attorneys' fees and reimbursement of costs to be paid, the Court has considered the record and finds that:

a. Copies of the Notice electronically mailed to approximately 74,622 potential Settlement Class Members stating that Class Counsel would apply for attorneys' fees and costs reimbursement in the amount of $223,000 and a $2,000 Class Representative Service Award. There were no objections to the requested attorneys' fees and expenses or service award;

  b. Class Counsel has conducted the litigation and achieved the Settlement with skill, perseverance, and diligent advocacy;

  c. The Action raised a number of complex issues;

  d. If Class Counsel had not achieved the Settlement, then a significant chance would remain that Plaintiff and the other members of the Settlement Class may have recovered less or nothing from Defendant JPay, Inc.;

  e. Class Counsel devoted approximately 590.1 hours prosecuting the claims made the basis of this Action;

  f. Class Counsel's total loadstar amount is $425,959.50 for amount of time spent prosecuting the claims made the basis of this Action; and

  g. Class Counsel expended approximately $82,571.57 in prosecuting the claims made the basis of this Action.

6. The amount of attorneys' fees awarded and expenses to be reimbursed are fair and reasonable and consistent with awards in similar cases; and

7. Class Representative Oumer Salim is hereby awarded $2,000 as reimbursement for his service as Class Representative of the Settlement Class.

8. Any appeal or any challenge affecting this Court's approval regarding any attorneys' fees and expense application shall in no way disturb or affect the finality of the Judgment.

9. Exclusive jurisdiction is hereby retained over the Parties and the Settlement Class Members for all matters relating to this Action, including the administration, interpretation, effectuation or enforcement of the Stipulation and this Order.

10. In the event that the Settlement is terminated or the Effective Date of the

Settlement otherwise fails to occur, this Order shall be rendered null and void to the extent provided by the Stipulation.

11. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

**IT IS SO ORDERED.**

**SIGNED this 19th day of November, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE